# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | Cause No. 1:09-cr-188-LJM-KPF |
| ) | |
| DAVID METZGER, ) | |
|     Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that David Metzger, Defendant above-named, appeals to the United States Court of Appeals for the Seventh Circuit from the conviction and sentence docketed on May 24, 2010.

Respectfully submitted,

*s/William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 752
Indianapolis, IN 46204
317-383-3520

### CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gayle Helart

*s/William H. Dazey, Jr.*
William H. Dazey, Jr.