# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|       Plaintiff,   ) | |
| ) | |
| v.   ) | Cause No. 1:09-cr-188-LJM-KPF |
| ) | |
| DAVID METZGER,   ) | |
|       Defendant.   ) | |

## SEVENTH CIRCUIT RULE 3(C) DOCKETING STATEMENT

This is a direct appeal from a criminal conviction in U.S. District Court following a guilty plea on February 25, 2010.

The jurisdiction of the U.S. District Court was conferred pursuant to 18 U.S.C. § 3231. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. §§ 1291 and 1294(1).

Defendant was sentenced by the District Court on May 14, 2010 and Judgment was entered on the docket on May 24, 2010.

Defendant's Notice of Appeal is being filed simultaneously herewith.

Respectfully submitted,

*s/William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 752
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

      I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gayle Helart

*s/William H. Dazey, Jr.*
William H. Dazey, Jr.
